Submitted on record and briefs January 6, reversed February 15, 2006

In the Matter of Marie Lawlis,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

MARIE LAWLIS,
*Appellant.*

0507-66797; A129315

129 P3d 790

Daniel J. Casey filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her to the custody of the Mental Health Division based on a finding that she suffers from a mental disorder that renders her unable to provide for her basic personal needs. She argues that, among other things, the trial court committed reversible error in failing to provide her with the advice of rights required by ORS 426.100(1). The state concedes the error and that the error is not harmless and requires reversal. We agree and accept the state's concession.

Reversed.